# IN THE SUPREME COURT OF THE STATE OF NEVADA

JAYON ANDERSON,
               Appellant,
vs.
THE STATE OF NEVADA,
               Respondent.

No. 84182

**FILED**

MAR 15 2022

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY _S. Young_
     DEPUTY CLERK

## *ORDER DISMISSING APPEAL*

This is a pro se appeal from a district court order denying a motion for credit for time served to correct illegal sentence. Eighth Judicial District Court, Clark County; Crystal Eller, Judge.

Because no statute or court rule permits an appeal from an order denying a motion for credit for time served, this court lacks jurisdiction to consider this appeal. *Castillo v. State*, 106 Nev. 349, 352, 792 P.2d 1133, 1135 (1990) (explaining that court has jurisdiction only when statute or court rule provides for appeal). Accordingly, this court

ORDERS this appeal DISMISSED.[1]

_____, J.
Silver

_____, J.
Cadish

_____, J.
Pickering

---

[1]A claim for additional presentence credit is a challenge to the validity of the judgment of conviction and sentence and therefore must be raised in a postconviction petition for a writ of habeas corpus. *See Griffin v. State*, 122 Nev. 737, 744, 137 P.3d 1165, 1169 (2006). We express no opinion as to whether appellant could meet the procedural requirements of NRS Chapter 34.

22-08203

cc: Hon. Crystal Eller, District Judge
Jayon Anderson
Attorney General/Carson City
Clark County District Attorney
Eighth District Court Clerk